IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELINDA WILLIAMS,<br>As Administratrix of the Estate of<br>Brian P. Williams, | : <br> : <br> : |
| Plaintiff, | : 3:13-CV-01151 <br> : (JUDGE MARIANI) |
| v. | : |
| MARK PAPI, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 3RD DAY OF JULY, 2014**, upon consideration of Defendant's Motion to Dismiss (Doc. 9), **IT IS HEREBY ORDERED THAT** such Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge