IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELINDA WILLIAMS,<br>As Administratrix of the Estate of<br>Brian P. Williams,<br><br>        Plaintiff,<br><br>v.<br><br>MARK PAPI, ROBERT ROBERTS,<br>STANLEY ELY, PAUL MILLER,<br>TERRANCE FISHER, SLADE PROFKA,<br>JOHN KREIG, ROGER HARDY,<br>WILLIAM OLSZEWSKI,<br>TUNKHANNOCK TOWNSHIP,<br>OVERFIELD TOWNSHIP,<br>TUNKHANNOCK BOROUGH,<br>MESHOPPEN BOROUGH<br><br>        Defendants. | 3:13-CV-01151<br>(JUDGE MARIANI) |

## ORDER

AND NOW, THIS 7th DAY OF DECEMBER 2016, upon consideration the parties' Cross Motions for Summary Judgment, (Docs. 72, 77), Plaintiff's Motion to Strike, (Doc. 91), and all accompanying briefs and exhibits filed in support and in opposition to the motions, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Partial Summary Judgment, (Doc. 77), is **DENIED** in its entirety.

2. Defendants' Motion for Summary Judgment, (Doc. 72), is **DENIED** in its entirety.

3. Plaintiff's Motion to Strike, (Doc. 91), is **DENIED**.

4. A telephone scheduling conference **SHALL BE CONDUCTED** on **Monday December 12, 2016 at 11:30 a.m.** for purposes of scheduling this matter for trial. Counsel for the Plaintiff is responsible for arranging the call to Chambers at (570) 207-5750 and all participants should be prepared to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge